IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ZEFFIE CHILDREY,                ) | |
|                                ) | |
|     Plaintiff,              ) | |
|                                ) | CIVIL ACTION NO. |
|     v.                       ) | 2:14cv616-MHT |
|                                ) | (WO) |
| CGI TECHNOLOGIES AND            ) | |
| SOLUTIONS, et al.,              ) | |
|                                ) | |
|     Defendants.              ) | |

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the magistrate judge (Doc. No. 33), to which no objection has been filed, is adopted.

(2) The motion to dismiss the amended complaint (Doc. No. 27) is granted.

(3) Defendants Willie McCall, Calvin Patterson, Lynn Engram, Erin Reeves (who was incorrectly named in the amended complaint as "Erin DeBruyne"), Robert Patterson,

Benjamin McCall, Kay Reader, Quinton McCall, and Tina Paulk are dismissed and terminated as parties.

(4) The motion to dismiss (Doc. No. 21) is denied as moot.

DONE, this the 28th day of August, 2014.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE