IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ZEFFIE CHILDREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv616-MHT |
| | ) | (WO) |
| CGI TECHNOLOGIES AND | ) | |
| SOLUTIONS and WILLIE | ) | |
| McCALL, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the magistrate judge (doc. no. 68), to which no objection has been made, is adopted.

(2) Defendant CGI Technologies and Solutions' motion to dismiss Count III of the second amended complaint (doc. no. 51) is granted.

(3) Count III of the second amended complaint is dismissed.

(4) Pursuant to Fed. R. Civ. P. 41(a)(2), Counts IV and V of the second amended complaint are dismissed without prejudice.

(5) Defendant Willie McCall is dismissed and terminated as a party.

(6) Defendant McCall's motion to dismiss (doc. no. 52) is denied as moot.

(7) This case is referred back to the magistrate judge for further appropriate proceedings.  It is not closed.

DONE, this the 12th day of January, 2015.

                          /s/ Myron H. Thompson_____
                        UNITED STATES DISTRICT JUDGE