**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| ZEFFIE CHILDREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv616-MHT |
| | ) | (WO) |
| CGI TECHNOLOGIES AND SOLUTIONS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The magistrate judge's recommendation (doc. no. 126) is accepted, although the court does not adopt the reasoning fully.

(2) Defendant CGI Technologies and Solutions' motion for summary judgment on the plaintiff Zeffie Childrey's remaining retaliation claim (doc. no. 120) is granted.

(3) Judgment is entered in favor of defendant CGI Technologies and Solutions and against plaintiff Childrey, with plaintiff Childrey taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Childrey, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of March, 2018.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**