**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **ZEFFIE CHILDREY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv616-MHT |
| | ) | (WO) |
| **CGI TECHNOLOGIES AND SOLUTIONS,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the motion for extension (doc. no. 136) is denied.

DONE, this the 28th day of March, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**